**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

SANDY DISLA

                                 Plaintiff,

                     -against-

UNITED PARCEL SERVICE, INC.,

                                Defendant.
----------------------------------------------------------------X

                             **23-CV-7876 (JGLC) (VF)**

                             **<u>ORDER SCHEDULING</u>**
                             **<u>SETTLEMENT CONFERENCE</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **<u>Wednesday, October 23, 2024 at 10:00 a.m.</u>** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **<u>Wednesday, October 16, 2024</u>**.

        **SO ORDERED.**

DATED:      New York, New York
                July 10, 2024

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge